NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

USAA GENERAL INDEMNITY )
INSURANCE COMPANY, )
)
    Appellant, )
)
v. )    Case No. 2D17-1585
)
LOREAN REAVES, )
)
    Appellee. )
_____)

Opinion filed February 2, 2018.

Appeal from the Circuit Court for
Hillsborough County; Cheryl K. Thomas,
Judge.

Ezequiel Lugo of Banker Lopez Gassler,
P.A., Tampa, for Appellant.

Shea T. Moxon and Celene H. Humphries
of Brannock & Humphries, Tampa; and
Anthony T. Martino and Anthony D. Martino
of Clark Martino, P.A., Tampa, for Appellee.

PER CURIAM.

    Affirmed.

VILLANTI, KHOUZAM, and BADALAMENTI, JJ., Concur.